## 36177. COBB v. COBB.

PER CURIAM.

A suit for modification of an alimony order comes under the purview of Code Ann. § 6-701.1. See *Horne v. Horne,* 245 Ga. 300 (1980). The appellant in this case failed to file an application for appeal in accordance with the provisions of that Code section. Accordingly, his appeal is dismissed.

*Appeal dismissed. All the Justices concur.*

DECIDED APRIL 10, 1980.

*J.W. Yarbrough,* for appellant.
*William W. Keith, III,* for appellee.